## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| ANNIE THOMAS AND DORIAN THOMAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 11-cv-03011-JLK |
| | ) | |
| OPPENHEIMERFUNDS, INC., | ) | Judge John L. Kane |
| a Colorado Corporation, | ) | |
| OPPENHEIMERFUNDS DISTRIBUTOR, | ) | |
| INC., a New York Corporation, and | ) | |
| ANGELO MANIOUDAKIS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT AND
### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, no party is an infant, incompetent person for whom a committee has been appointed, or conservatee and no person not a party has an interest in the subject matter of the action.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule 41(a)(1)(a)(ii), by and between the undersigned attorneys for Plaintiffs Annie Thomas and Dorian Thomas and Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc. and Angelo Manioudakis, that the above-captioned action has been settled as to all remaining Defendants and is discontinued and dismissed with prejudice and in its entirety.

IT IS FURTHER STIPULATED AND AGREED that all of this is to be without costs or disbursements against one or the other.

IT IS FURTHER STIPULATED AND AGREED that an order to the above effect may be entered without further notice to any party.

Respectfully Submitted,

s/ David Neuman_____

One of the Plaintiff's Attorneys

David Neuman
Stoltmann Law Offices, P.C.
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
Tel: (312) 332-4200
Fax: (312) 332-4201
daveneuman@stoltlaw.com


s/ Stephanie Dunn_____

One of the Defendants' Attorneys

Stephanie E. Dunn
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Tel: 303-291-2300
Fax: 303-291-2400
sdunn@perkinscoie.com


SO ORDERED.

DATED:_____          _____
                                    Judge John L. Kane
                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2012, I electronically filed a true and correct copy of the foregoing **Notice of Settlement and Stipulation of Dismissal with Prejudice** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Stephanie Dunn
sdunn@perkinscoie.com


s/ David Neuman

Attorney for Plaintiff

David Neuman
Stoltmann Law Offices, P.C.
10 S. LaSalle St., Suite 3500
Chicago, IL 60603
Tel: (312) 332-4200
Fax: (312) 332-4201
daveneuman@stoltlaw.com